UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald B. Veix, Jr., Esq.
The Harty Law Group
325 Chestnut Street, Suite 1116
Philadelpia, PA 19106

| | |
|---|---|
| In Re:<br>John Michael Walsh and<br>Rosemary Joanne Walsh, Debtors | Case No.: 19-13567 KCF<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Estate of Renee Halpecka . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Donald B. Veix, Jr., Esq.
The Harty Law Group
325 Chestnut Street, Suite 1116
Philadelpia, PA 19106

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 16, 2019

/s/ Donald B. Veix, Jr., Esq.
Signature

new.8/1/15