UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald B. Veix, Jr., Esq.
The Harty Law Group
325 Chestnut Street, Suite 1116
Philadelpia, PA 19106

In Re:
John Michael Walsh and
Rosemary Joanne Walsh, Debtors

Case No.: 19-13567 KCF

Chapter: 7

Judge: Kathryn C. Ferguson

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Estate of Andrea Price and Brenda Hedrick. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Donald B. Veix, Jr., Esq.
The Harty Law Group
325 Chestnut Street, Suite 1116
Philadelpia, PA 19106

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 16, 2019

/s/ Donald B. Veix, Jr., Esq.
Signature

new.8/1/15