Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004** |
| MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>Michael A. Siravo IV<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* |

In re:

JOHN MICHAEL WALSH and ROSEMARY WALSH,

                Debtors.

Chapter 7

Case No. 19-13567 (KCF)

Hon. Kathryn C. Ferguson, Chief U.S.B.J.

**ORDER STRIKING THE DEBTORS' 11 U.S.C. § 522(b)(3) EXEMPTIONS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: September 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor:           John Michael Walsh and Rosemary Walsh
Case No.:         19-13567 (KCF)
Caption of Order: Order Striking the Debtor's 11 U.S.C. § 522(b)(3) Exemptions

---

**THIS MATTER** having been opened to the Court by Thomas J. Orr, Chapter 7 Trustee (the "Trustee") for John Michael Walsh and Rosemary Walsh (the "Debtors"), by and through his counsel, McManimon, Scotland & Baumann, LLC, by the filing of a motion for an order striking the Debtor's 11 U.S.C. § 522(b)(3) exemptions (the "Motion"); and the Court having considered the moving papers and any opposition thereto; and any oral argument; and for other good and sufficient cause shown; it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtors' 11 U.S.C. § 522(b)(3) exemptions are hereby stricken.

4819-4674-2684, v. 1