UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

John Michael Walsh
Rosemary Joanne Walsh

Order Filed on September 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 19-13567 |
| Hearing Date: | 9/10/19 |
| Judge: | Kathryn C Ferguson |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING CROSS-MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
TO CONVERT TO CHAPTER 13

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____July 24_____, 20 19  by  _Anthony Scordo atty. for Debtors_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid cross-motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*