| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004**<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>Michael A. Siravo IV<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on September 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY WALSH,<br><br>      Debtors. | Chapter 7<br><br>Case No. 19-13567 (KCF)<br><br>Hon. Kathryn C. Ferguson, Chief U.S.B.J. |

**ORDER STRIKING THE DEBTORS' 11 U.S.C. § 522(b)(3) EXEMPTIONS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: September 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page (2)
Debtor:         John Michael Walsh and Rosemary Walsh
Case No.:       19-13567 (KCF)
Caption of Order: Order Striking the Debtor's 11 U.S.C. § 522(b)(3) Exemptions

---

**THIS MATTER** having been opened to the Court by Thomas J. Orr, Chapter 7 Trustee (the "Trustee") for John Michael Walsh and Rosemary Walsh (the "Debtors"), by and through his counsel, McManimon, Scotland & Baumann, LLC, by the filing of a motion for an order striking the Debtor's 11 U.S.C. § 522(b)(3) exemptions (the "Motion"); and the Court having considered the moving papers and any opposition thereto; and any oral argument; and for other good and sufficient cause shown; it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtors' 11 U.S.C. § 522(b)(3) exemptions are hereby stricken.

4819-4674-2684, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 13, 2019  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.  
db/jdb         +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd., Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:

         Andrea  Dobin   on behalf of Attorney   McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
         Andrea  Dobin   on behalf of Trustee Thomas   Orr adobin@msbnj.com  
         Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
         Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
         Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com  
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 23