Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                Debtors. |

Case No. 19-13567 (KCF)

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

Chapter 7

## ORDER COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING RULE 2004 SUBPOENA, AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: September 12, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:             John Michael Walsh and Rosemary Joanne Walsh
Case No.:           19-13567 (KCF)
Caption of Order:   Order Compelling Debtors to Comply with Trustee's Requests for Information, Including Rule 2004 Subpoena, and Granting Related Relief

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to compel the Debtors to comply with the Trustee's requests for information, including a Rule 2004 Subpoena, and granting related relief (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Debtors are compelled to produce the following information to the Trustee on or before ~~August~~ September 20, 2019:

a. Current valuation of Debtors' residence;
b. Listing of creditors paid more than $600 between November 15, 2018 and February 21, 2019;
c. Tax returns for 2017 and 2018;
d. Documentation of deposits made into the Debtors' bank accounts of $5,800 on December 4, 2018 and $6,500 on January 4, 2019;
e. Documentation of transfers/payments between the Debtors and Walsh Legacy, LLC;
f. Documentation about payment of $252,541 to Chase Mortgage, including a Mortgage Discharge; and
g. Information about Merrill Lynch stocks.

and it is further

**ORDERED**, that the Debtors amend their Schedule G be amended to add Toyota for a vehicle lease and file an amended Means Test; and it is further

.

(Page 3)
Debtor:             John Michael Walsh and Rosemary Joanne Walsh
Case No.:           19-13567 (KCF)
Caption of Order:   Order Compelling Debtors to Comply with Trustee's Requests for Information, Including Rule 2004 Subpoena, and Granting Related Relief

**ORDERED**, that the Debtors must appear in the offices of McManimon Scotland & Baumann, LLC at 427 Riverview Plaza, Trenton, New Jersey on September 30, 2019, at 11:00 a.m. and 2:00 p.m., respectively, for the purposes of being deposed.