| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* |

**Order Filed on September 12, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,

                    Debtors.

Case No. 19-13567 (KCF)

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

Chapter 7

**ORDER COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING RULE 2004 SUBPOENA, AND GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: September 12, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order Compelling Debtors to Comply with Trustee's Requests for Information, Including Rule 2004 Subpoena, and Granting Related Relief |

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to compel the Debtors to comply with the Trustee's requests for information, including a Rule 2004 Subpoena, and granting related relief  (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Debtors are compelled to produce the following information to the Trustee on or before ~~August~~ September 20 , 2019:

    a.  Current valuation of Debtors' residence;
    b.  Listing of creditors paid more than $600 between November 15, 2018 and February 21, 2019;
    c.  Tax returns for 2017 and 2018;
    d.  Documentation of deposits made into the Debtors' bank accounts of $5,800 on December 4, 2018 and $6,500 on January 4, 2019;
    e.  Documentation of transfers/payments between the Debtors and Walsh Legacy, LLC;
    f.  Documentation about payment of $252,541 to Chase Mortgage, including a Mortgage Discharge; and
    g.  Information about Merrill Lynch stocks.

and it is further

**ORDERED**, that the Debtors amend their Schedule G be amended to add Toyota for a vehicle lease and file an amended Means Test; and it is further

.

4810-9723-2030, v. 1

(Page 3)
Debtor:            John Michael Walsh and Rosemary Joanne Walsh
Case No.:          19-13567 (KCF)
Caption of Order:  Order Compelling Debtors to Comply with Trustee's Requests for
                   Information, Including Rule 2004 Subpoena, and Granting Related Relief

---

**ORDERED**, that the Debtors must appear in the offices of McManimon Scotland &

Baumann, LLC at 427 Riverview Plaza, Trenton, New Jersey on September 30, 2019, at 11:00

a.m. and 2:00 p.m., respectively, for the purposes of being deposed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-13567-KCF
John Michael Walsh                                                          Chapter 7
Rosemary Joanne Walsh
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Sep 16, 2019
                                Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb          +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,
                 Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          Andrea  Dobin   on behalf of Attorney   McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
           NJ55@ecfcbis.com
          Andrea  Dobin   on behalf of Trustee Thomas   Orr adobin@msbnj.com
          Anthony  Scordo, III   on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
          Anthony  Scordo, III   on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
          Anthony  Scordo, III   on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
          Anthony  Scordo, III   on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
          Christopher J. Balala   on behalf of Creditor   Chicago Title Insurance Company
           christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com
          Christopher J. Balala   on behalf of Plaintiff   Fidelity National Title Insurance Company
           christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com
          Christopher J. Balala   on behalf of Creditor   Fidelity National Title Insurance Company
           christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com
          Christopher J. Balala   on behalf of Plaintiff   Chicago Title Insurance Company
           christopher.balala@fnf.com,  Sarina.Dzierzawiec@fnf.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Michael A. Siravo, IV   on behalf of Trustee Thomas   Orr msiravo@msbnj.com,
           msiravo@trenklawfirm.com
          Michele M. Dudas   on behalf of Trustee Thomas   Orr mdudas@msbnj.com
          Thomas  Orr   on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
          Thomas  Orr   tom@torrlaw.com,  Torr@ecf.axosfs.com
          Thomas Scott Harty   on behalf of Plaintiff Estate of Andrea  Price tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          Thomas Scott Harty   on behalf of Plaintiff Estate of Renee  Halpecka tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          Thomas Scott Harty   on behalf of Plaintiff Brenda  Hedrick tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          Thomas Scott Harty   on behalf of Creditor Brenda  Hedrick tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          Thomas Scott Harty   on behalf of Creditor Estate of Renee  Halpecka tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          Thomas Scott Harty   on behalf of Creditor Estate of Andrea  Price tharty@hartylawgroup.com,
           kharty@hartylawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 23