Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13567−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Michael Walsh | Rosemary Joanne Walsh |
| 299 Medford Lakes Rd. | 299 Medford Lakes Rd. |
| Vincentown, NJ 08088 | Vincentown, NJ 08088 |

Social Security No.:
xxx−xx−3763    xxx−xx−2178

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule G on September 24, 2019 or to the List of Creditors on n/a , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

2. In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

    3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: September 25, 2019
JAN: wdr

<u>Kathryn C. Ferguson</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13567-KCF
John Michael Walsh                                                  Chapter 7
Rosemary Joanne Walsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: oresadoc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db/jdb        +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,
               Vincentown, NJ 08088-9083
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2019 00:31:36      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Andrea   Dobin     on behalf of Trustee Thomas   Orr adobin@msbnj.com
              Andrea   Dobin     on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
               NJ55@ecfcbis.com
              Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
              Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3           User: admin                Page 2 of 2              Date Rcvd: Sep 25, 2019
                               Form ID: oresadoc          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 23