UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Rosemary J Walsh,
    John M Walsh

Order Filed on September 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-13567 KCF

Chapter: 7

Hearing Date: September 24, 2019 at 10:00 A.M.

Judge: Kathryn C. Ferguson

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as: **2016 TOYOTA RAV4, VIN:JTMZFREV0GD091420,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.  
db/jdb      +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,   Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

         Andrea Dobin    on behalf of Attorney   McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
         Andrea Dobin    on behalf of Trustee Thomas Orr adobin@msbnj.com  
         Anthony Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
         Christopher J. Balala    on behalf of Creditor   Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff   Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Creditor   Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff   Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Thomas Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
         Michele M. Dudas    on behalf of Trustee Thomas Orr mdudas@msbnj.com  
         Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                     TOTAL: 23