| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>John Michael Walsh<br>Rosemary Joanne Walsh | Case No.: 19-13567<br><br>Chapter: 7<br><br>Judge: KCF |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: Anthony Sodono

This will confirm that on  September 24, 2019  the following document(s) was filed by you.

☒ Amendment to Schedule(s)  G ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: October 2, 2019                                   Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.  
db/jdb      +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,    Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:

         Andrea   Dobin    on behalf of Attorney   McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
         Andrea   Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com  
         Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
         Christopher J. Balala   on behalf of Creditor   Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala   on behalf of Plaintiff   Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala   on behalf of Creditor   Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala   on behalf of Plaintiff   Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
         Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com  
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                    TOTAL: 23