**Order Filed on October 18, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin
Michele M. Dudas
*Counsel to Thomas J. Orr, Chapter 7 Trustee*

In re:

JOHN MICHAEL WALSH and ROSEMARY
JOANNE WALSH,

                        Debtors.

Case No.  19-13567 (KCF)

Honorable Kathryn C. Ferguson,
Chief U.S.B.J.

### CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

{00582604;v1}

(Page 2)

Debtor: John Michael Walsh and Rosemary Joanne Walsh
Case No: 19-13567 (KCF)
Caption of Order: Consent Order Further Extending Time to Object to Discharge
_____

      **THIS MATTER** having been presented to the Court upon the Application of Thomas J. Orr, Chapter 7 Trustee (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Further Extending Time to Object to Discharge; and the Court having read and considered the Consent Order and for other and good cause shown:

      **IT IS ORDERED** that the time period for the Trustee and the Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to December 31, 2019. The undersigned consent to the form, substance and entry of this Consent Order.

                                 **McMANIMON, SCOTLAND**
                                 **& BAUMANN, LLC**
                                 *Counsel to Thomas J. Orr, Chapter 7 Trustee*


Dated:       October 14, 2019            By:    /s/ Michele M. Dudas
                                             MICHELE M. DUDAS


                                 **THE LAW OFFICE OF ANTHONY**
                                 **SCORDO, ESQ. P.C.**
                                 *Counsel to John Michael Walsh and*
                                 *Rosemary Joanne Walsh, Chapter 7 Debtors*


Dated:       October 14, 2019            By:    /s/ Anthony Scordo
                                             ANTHONY SCORDO