| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | Order Filed on October 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY<br>JOANNE WALSH,<br><br>                      Debtors. | Case No.  19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson,<br>Chief U.S.B.J. |

### CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 18, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

{00582604;v1}

(Page 2)

Debtor: John Michael Walsh and Rosemary Joanne Walsh
Case No: 19-13567 (KCF)
Caption of Order: Consent Order Further Extending Time to Object to Discharge

_____

**THIS MATTER** having been presented to the Court upon the Application of Thomas J. Orr, Chapter 7 Trustee (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Further Extending Time to Object to Discharge; and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee and the Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to December 31, 2019. The undersigned consent to the form, substance and entry of this Consent Order.

        **McMANIMON, SCOTLAND**
        **& BAUMANN, LLC**
        *Counsel to Thomas J. Orr, Chapter 7 Trustee*

Dated:    October 14, 2019        By:   /s/ Michele M. Dudas
                                                                MICHELE M. DUDAS

        **THE LAW OFFICE OF ANTHONY**
        **SCORDO, ESQ. P.C.**
        *Counsel to John Michael Walsh and*
        *Rosemary Joanne Walsh, Chapter 7 Debtors*

Dated:    October 14, 2019        By:   /s/ Anthony Scordo
                                                                ANTHONY SCORDO

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 18, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.  
db/jdb        +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,    Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

       Andrea Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
       Andrea Dobin    on behalf of Trustee Thomas Orr adobin@msbnj.com  
       Anthony Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
       Anthony Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
       Anthony Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
       Anthony Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
       Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
       Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
       Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
       Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Michael A. Siravo, IV    on behalf of Trustee Thomas Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
       Michele M. Dudas    on behalf of Trustee Thomas Orr mdudas@msbnj.com  
       Thomas Orr    on behalf of Trustee Thomas Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
       Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
       Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       Thomas Scott Harty    on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       Thomas Scott Harty    on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       Thomas Scott Harty    on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       Thomas Scott Harty    on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       Thomas Scott Harty    on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 23