| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | Order Filed on December 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                    Debtors. | Case No.  19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson,<br>Chief U.S.B.J. |

### CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: December 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

{00582604;v1}

(Page 2)

Debtor: John Michael Walsh and Rosemary Joanne Walsh
Case No: 19-13567 (KCF)
Caption of Order: Consent Order Further Extending Time to Object to Discharge

___

**THIS MATTER** having been presented to the Court upon the Application of Thomas J. Orr, Chapter 7 Trustee (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Further Extending Time to Object to Discharge; and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee and the Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to March 31, 2020. The undersigned consent to the form, substance and entry of this Consent Order.

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel to Thomas J. Orr, Chapter 7 Trustee*

Dated:    December 10, 2019        By:    /s/ Michele M. Dudas
                                                MICHELE M. DUDAS

**THE LAW OFFICE OF ANTHONY SCORDO, ESQ. P.C.**
*Counsel to John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 Debtors*

Dated:    December 11, 2019        By:    /s/ Anthony Scordo
                                                ANTHONY SCORDO