UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin
Michele M. Dudas
*Counsel to Thomas J. Orr, Chapter 7 Trustee*

Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JOHN MICHAEL WALSH and ROSEMARY
JOANNE WALSH,

                    Debtors.

Case No. 19-13567 (KCF)

Honorable Kathryn C. Ferguson,
Chief U.S.B.J.

### CONSENT ORDER FURTHER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: December 19, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

{00582604;v1}

(Page 2)

Debtor:  John Michael Walsh and Rosemary Joanne Walsh
Case No: 19-13567 (KCF)
Caption of Order: Consent Order Further Extending Time to Object to Discharge

_____

**THIS MATTER** having been presented to the Court upon the Application of Thomas J. Orr, Chapter 7 Trustee (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Further Extending Time to Object to Discharge; and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee and the Office of the United States Trustee to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to March 31, 2020. The undersigned consent to the form, substance and entry of this Consent Order.

                                          **McMANIMON, SCOTLAND**
                                          **& BAUMANN, LLC**
                                          *Counsel to Thomas J. Orr, Chapter 7 Trustee*

Dated:          December 10, 2019          By:    /s/ Michele M. Dudas
                                                                        MICHELE M. DUDAS

                                          **THE LAW OFFICE OF ANTHONY**
                                          **SCORDO, ESQ. P.C.**
                                          *Counsel to John Michael Walsh and*
                                          *Rosemary Joanne Walsh, Chapter 7 Debtors*

Dated:          December 11, 2019          By:    /s/ Anthony Scordo
                                                                        ANTHONY SCORDO

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13567-KCF
John Michael Walsh                                                        Chapter 7
Rosemary Joanne Walsh
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Dec 20, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db/jdb         +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,
                 Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
      Andrea   Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
       NJ55@ecfcbis.com
      Andrea   Dobin    on behalf of Trustee Thomas    Orr adobin@msbnj.com
      Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
      Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company
       christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company
       christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company
       christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company
       christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Michael A. Siravo, IV    on behalf of Trustee Thomas    Orr msiravo@msbnj.com,
       msiravo@trenklawfirm.com
      Michele M. Dudas    on behalf of Trustee Thomas    Orr mdudas@msbnj.com
      Thomas   Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com, Torr@ecf.axosfs.com
      Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
      Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com,
       kharty@hartylawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                              TOTAL: 23