UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Scordo, Esq., P.C.
ID No. 024591987
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837 1861

In Re:

John and Rosemary Walsh

Case No.: __19-13567__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: __2/11/2020__

Judge: __KCF__

## ADJOURNMENT REQUEST

1. I, __Anthony Scordo__,

   ☒ am the attorney for: __debtors John and Rosemary Walsh__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Compel  (doc. #87)

   Current hearing date and time: 2/11/2020

   New date requested: 2/25/2020

   Reason for adjournment request: See attached Certification.

   _____

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/10/2020                              s/Anthony Scordo
                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____      ☐ Peremptory

☒ Granted over objection(s)   New hearing date: 2/25/20 at 10:00 a.m.   ☒ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

ANTHONY SCORDO, ESQ., P.C.
Atty ID 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors

|  |  |
|---|---|
| In Re: | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| WALSH, JOHN MICHEAL and WALSH, ROSEMARY JOANNE | Chapter 7<br><br>Case No.: 19-13567<br><br>Returnable: February 11, 2020<br>10:00 A.M.<br><br>**CERTIFICATION** |

I, Anthony Scordo, certify as follows:

1. I am an attorney at law in the State of New Jersey, represent the debtors, John and Rosemary Walsh in the captioned matter and am fully familiar with the facts asserted herein.

2. I respectfully request an adjournment of the Motion to Consent scheduled tomorrow, February 11, 2020. I had the flu virus last week and have not been able to prepare for Court.

3. My clients also have an IEP scheduled with their daughter at Washington Township Public School on February 11, 2020 at 9:30 AM. As such, I am requesting a two week adjournment until February 25, 2020.

4. I hereby certify that the foregoing statements are true. I further certify that if any of the statements made by me are willfully false I am subject to punishment.

Dated: February 10, 2020         *s/ Anthony Scordo*
                                  Anthony Scordo, Esq.
                                  Attorney for Debtors