| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on February 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                    Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7<br><br>Hearing January 28, 2020, 10am |

**ORDER ADJOURNING MOTION FOR ORDER (I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLING TURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 10, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order Adjourning Motion for Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief |

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to (I) compel the Debtors to comply with the Trustee's requests for information, including outstanding requests of a prior Rule 2004 Subpoena ("Subpoena"); (ii) compelling the turnover of non-exempt assets; (iii) holding the Debtors in contempt for failure to comply with terms of prior Order to compel entered September 12, 2019 ("Order") (Docket No. 70); and (iv) granting related relief (the "Motion"); and due and proper notice of the Motion having been given; the Debtors, through their counsel, having filed late opposition to the Motion and the Debtors having requested an adjournment on the return date of the Motion and the Court having heard and considered the argument of counsel; and for the reasons set forth on the record at the hearing, ,

**IT IS ORDERED** that the Motion is **ADJOURNED** to February 11, 2020 at 10am; and it is

**FURTHER ORDERED** that on or before February 15, 2020, the Debtors will tender the sum of Seven Hundred Fifty Dollars ($750) in the form of a check payable to "McManimon Scotland & Baumann, LLC" delivered to the Trustee's counsel as sanction for the late adjournment request necessitating an appearance on the Trustee's behalf on January 28, 2020.

4824-9294-9171, v. 1