| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>               Debtors. |

**Order Filed on February 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-13567 (KCF)

Honorable Kathryn C. Ferguson, Chief U.S.B.J.

Chapter 7

Hearing January 28, 2020, 10am

**ORDER ADJOURNING MOTION FOR ORDER (I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLING TURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 10, 2020**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order Adjourning Motion for Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief |

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to (I) compel the Debtors to comply with the Trustee's requests for information, including outstanding requests of a prior Rule 2004 Subpoena ("Subpoena"); (ii) compelling the turnover of non-exempt assets; (iii) holding the Debtors in contempt for failure to comply with terms of prior Order to compel entered September 12, 2019 ("Order") (Docket No. 70); and (iv) granting related relief  (the "Motion"); and due and proper notice of the Motion having been given; the Debtors, through their counsel, having filed late opposition to the Motion and the Debtors having requested an adjournment on the return date of the Motion and the Court having heard and considered the argument of counsel; and for the reasons set forth on the record at the hearing, ,

**IT IS ORDERED** that the Motion is **ADJOURNED** to February 11, 2020 at 10am; and it is

**FURTHER ORDERED** that on or before February 15, 2020, the Debtors will tender the sum of Seven Hundred Fifty Dollars ($750) in the form of a check payable to "McManimon Scotland & Baumann, LLC" delivered to the Trustee's counsel as sanction for the late adjournment request necessitating an appearance on the Trustee's behalf on January 28, 2020.

4824-9294-9171, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db/jdb        +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,    Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

         Andrea Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
         Andrea Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com  
         Anthony Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
         Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
         Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com  
         Thomas Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                      TOTAL: 23