UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Anthony Scordo, Esq., P.C.
ID No. 024591987
1425 Pompton Avenue
Suite 2-2
Cedar Grove, New Jersey 07009
(973) 837-1861

In Re:

John Michael Walsh and Rosemary Joanne Walsh

Case No.: _____19-13567_____
Adv. Pro. No.: _____
Chapter: _____7_____
Hearing Date: ____2/25/2020____
Judge: _____KCF_____

## ADJOURNMENT REQUEST

1. I, _____Anthony Scordo_____,

   ☒ am the attorney for: _____John and Rosemary Walsh_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Contempt_____

   Current hearing date and time: 2/25/2020_____

   New date requested: 3/19/2020_____

   Reason for adjournment request: I have been summoned for Jury Duty in Essex County.

   Please see attached Juror Summons_____

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/20/2020                                                       s/Anthony Scordo
                                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

GEN 14 AOC

## SUPERIOR COURT OF NEW JERSEY
### Essex County

SALLYANNE FLORIA
ASSIGNMENT JUDGE



Superior Court
50 W MARKET ST
NEWARK, NJ 07102

### JUROR SUMMONS

You are summoned to report on February 25, 2020 8:15 a.m.
to the Superior Court
to serve as a Petit Juror for a term of 2 DAYS/ 1 TRIAL

ANTHONY 3RD SCORDO

**YOU ARE SUMMONED TO REPORT AS A JUROR ON THE DATE SHOWN ABOVE.**

You must complete a brief juror qualification questionnaire. For your convenience, you can complete the questionnaire online.  Please respond within the next 5 days at:

**www.njcourts.gov/juror**

Responding online will provide the following advantages:
* You will save the cost of a stamp.
* You will receive an immediate response about whether you are qualified to serve.
* You can request to reschedule your date of service.
* You will help the environment by eliminating paper records.

**If you do not respond online, a questionnaire will automatically be mailed to you in about three weeks. Do not call the Jury Management Office (JMO) to request a questionnaire.  You must then complete the questionnaire and mail it back within ten days of receipt.**

Parking directions and other information are available on the juror homepage. You can also view Frequently Asked Questions (FAQ) and a video about juror service at that site. The JMO number is: 973-776-9300 x56887.

If you fail to respond to the qualification questionnaire or fail to report for service, a warrant may be issued for your arrest and you may be charged with contempt of court.

Thank you for utilizing the jury online system. We hope you have a meaningful and rewarding juror experience.

**Petit Jurors Only** - If qualified to serve, you must check for updated reporting instructions after 5 p.m. on the night before you are to report -- at www.njcourts.gov/juryreporting or 973-776-9300 x50815.

**BRING THIS SUMMONS WITH YOU WHEN YOU REPORT.**
(It is required for check-in.)

**Hon. SALLYANNE FLORIA**
Assignment Judge

**Note:** The Judiciary will, with advance notice, provide accommodations consistent with the Americans with Disabilities Act (ADA). Call 973-776-9300 or the NJ Relay Center 800-852-7897

Group No.: 14   Juror No.: 0838

100688447  2/25/2020
Essex County

# JUROR

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

VETERANS COURTHOUSE
50 W MARKET ST
NEWARK, NJ 07102

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
TRENTON NJ