|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on March 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7 |

**ORDER (I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLING TURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF**

**(Revised as of February 26, 2020)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 5, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:             John Michael Walsh and Rosemary Joanne Walsh
Case No.:           19-13567 (KCF)
Caption of Order:   Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to (I) compel the Debtors to comply with the Trustee's requests for information, including outstanding requests of a prior Rule 2004 Subpoena ("Subpoena"); (ii) compelling the turnover of non-exempt assets; (iii) holding the Debtors in contempt for failure to comply with terms of prior Order to compel entered September 12, 2019 ("Order") (Docket No. 70); and (iv) granting related relief (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument conducted on February 25, 2020; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Debtors are compelled to produce the following information to the Trustee on or before March 6, 2020:

1. Bank Records:
   a. Identification of the banking institution(s) and production of statements from January 2017 through February 2019 for:
      i.   Account ending in -3951; and
      ii.  Account ending in -5573.
   b. Identification of the payee for all of the various monthly online transfers in Bank of American accounts (reference: Walsh).
2. Decedent Estates for each of Rosemary Walsh's parents:
   a. Last Will & Testament (or other similar document);
   b. Identity of Executor/Executrix;
   c. List of current assets of Decedent Estate, including cash/bank balances; and
   d. Accounting of any distributions/disbursements made to Rosemary Walsh, and identity of which bank(s) the funds are maintained.

4849-0919-4672, v. 1

(Page 3)
Debtor:           John Michael Walsh and Rosemary Joanne Walsh
Case No.:         19-13567 (KCF)
Caption of Order: Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief

---

3. An accounting of any monies paid to or for the benefit of Timothy J. Eaton, as well as proof of reimbursement for any monies paid, from January 1, 2017 through the February 21, 2019 filing date.
4. An accounting of any monies paid to or for the benefit of Rosemary (Johny) Walsh from January 1, 2017 through the Filing Date.
5. Explanation for:
    a. July 7, 2017 $25,000 customer withdrawal from Bank of America;
    b. December 18 and 20, 2017, deposits by Urban Abstract in the amounts of $17,789.52 and $9,768.39, respectively;
    c. Identify funds utilized for March 23, 2019 withdrawal from Bank of America account in the amount of $15,000.
6. Backup documentation for Walsh Legacy, LLC, including alleged loan repayment of $6,500.
7. Riders to any insurance policies.

and it is further

**ORDERED**, that the Debtors shall turn over any non-exempt monies in bank accounts as of the filing date, to the Trustee by March 6, 2020, by check payable to "Thomas J. Orr, Chapter 7 Trustee"; and it is further

**ORDERED**, that the Trustee is awarded additional attorneys' fees of $1,000 for the cost of the attempts to obtain the information and for the costs associated with filing this Motion. Said fee must be paid by check made payable to "Thomas J. Orr, Chapter 7 Trustee" by the Debtors within ten (10) days of the date hereof.

4849-0919-4672, v. 1