| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on March 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7 |

**ORDER (I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEE'S REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLING TURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF**

**(Revised as of February 26, 2020)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: March 5, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:             John Michael Walsh and Rosemary Joanne Walsh
Case No.:           19-13567 (KCF)
Caption of Order:   Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to (I) compel the Debtors to comply with the Trustee's requests for information, including outstanding requests of a prior Rule 2004 Subpoena ("Subpoena"); (ii) compelling the turnover of non-exempt assets; (iii) holding the Debtors in contempt for failure to comply with terms of prior Order to compel entered September 12, 2019 ("Order") (Docket No. 70); and (iv) granting related relief  (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument conducted on February 25, 2020; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the Debtors are compelled to produce the following information to the Trustee on or before March 6, 2020:

1. Bank Records:
   a. Identification of the banking institution(s) and production of statements from January 2017 through February 2019 for:
      i.   Account ending in -3951; and
      ii.  Account ending in -5573.
   b. Identification of the payee for all of the various monthly online transfers in Bank of American accounts (reference: Walsh).
2. Decedent Estates for each of Rosemary Walsh's parents:
   a. Last Will & Testament (or other similar document);
   b. Identity of Executor/Executrix;
   c. List of current assets of Decedent Estate, including cash/bank balances; and
   d. Accounting of any distributions/disbursements made to Rosemary Walsh, and identity of which bank(s) the funds are maintained.

4849-0919-4672, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order (I) Compelling Debtors to Comply with Trustee's Requests for Information, Including Outstanding Requests of Rule 2004 Subpoena; and (II) Compelling Turnover of Non-Exempt Assets; (III) Holding Debtors in Contempt for Failure to Comply with Terms of Prior Order Entered September 12, 2019; and (IV) Granting Related Relief |

3. An accounting of any monies paid to or for the benefit of Timothy J. Eaton, as well as proof of reimbursement for any monies paid, from January 1, 2017 through the February 21, 2019 filing date.
4. An accounting of any monies paid to or for the benefit of Rosemary (Johny) Walsh from January 1, 2017 through the Filing Date.
5. Explanation for:
    a. July 7, 2017 $25,000 customer withdrawal from Bank of America;
    b. December 18 and 20, 2017, deposits by Urban Abstract in the amounts of $17,789.52 and $9,768.39, respectively;
    c. Identify funds utilized for March 23, 2019 withdrawal from Bank of America account in the amount of $15,000.
6. Backup documentation for Walsh Legacy, LLC, including alleged loan repayment of $6,500.
7. Riders to any insurance policies.

and it is further

**ORDERED**, that the Debtors shall turn over any non-exempt monies in bank accounts as of the filing date, to the Trustee by March 6, 2020, by check payable to "Thomas J. Orr, Chapter 7 Trustee"; and it is further

**ORDERED**, that the Trustee is awarded additional attorneys' fees of $1,000 for the cost of the attempts to obtain the information and for the costs associated with filing this Motion. Said fee must be paid by check made payable to "Thomas J. Orr, Chapter 7 Trustee" by the Debtors within ten (10) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13567-KCF
John Michael Walsh                                                        Chapter 7
Rosemary Joanne Walsh
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.
db/jdb         +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,
                Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Andrea   Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
               NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Thomas    Orr adobin@msbnj.com
              Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
              Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael A. Siravo, IV    on behalf of Trustee Thomas    Orr msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Michele M. Dudas    on behalf of Trustee Thomas    Orr mdudas@msbnj.com
              Thomas   Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 23