**McManimon, Scotland & Baumann, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas, Esq. (mdudas@msbnj.com)
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JOHN MICHAEL WALSH and<br>ROSEMARY JOANNE WALSH,<br><br>Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson,<br>Chief U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date and Time:**<br>**March 31, 2020, at 10:00 a.m.** |

### STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

        **McManimon, Scotland & Baumann, LLC**
        *Counsel to Thomas J. Orr, Chapter 7 Trustee*

Dated: March 11, 2020          By:     */s/ Michele M. Dudas*
                                                             MICHELE M. DUDAS