UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

In re:

JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,

Debtor.

Chapter 7

Case No. 19-13567 (KCF)

## CERTIFICATION OF SERVICE

1. I, Lisa DiPaolo:

   ☑ am a legal assistant with the law firm of McManimon, Scotland & Baumann, LLC, attorneys for Thomas J. Orr, Chapter 7 Trustee ("Trustee").

2. On March 10, 2020, I sent a copy of the following documents to the parties listed on the annexed chart:

   a) Notice of Motion of Trustee for an Order Further Extending Time to Object to Debtors' Discharge Pursuant to 11 U.S.C. § 727;

   b) Certification of Thomas J. Orr, Chapter 7 Trustee; and

   c) Proposed form of Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated on the attached list.

Dated: March 11, 2020

*/s/ Lisa DiPaolo*
LISA DiPAOLO

4843-4532-7799, v. 1

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| John Michael Walsh<br>Rosemary Joanne Walsh<br>299 Medford Lakes Road<br>Vincentown, New Jersey 08088 | *Debtors* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| Anthony Scordo, III, Esq.<br>1425 Pompton Avenue, Ste. 2-2<br>Cedar Grove, New Jersey 07009 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| Amerihome<br>PO Box 77404<br>Trenton, New Jersey 08628 | *Secured Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| Ener Bank USA<br>1245 Brickyard, Suite 600<br>Salt Lake City, Utah 84106 | *Secured Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| Hyundai Finance<br>PO Box 65805<br>Dallas, Texas 75265 | *Secured Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other :<br>    (as authorized by the court *) |
| Christopher J. Balala, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068 | *Attorneys for Chicago Title Insurance Company and Fidelity National Title Insurance Company, Creditors (NOA filed)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>    (as authorized by the court *) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | *Attorneys for Toyota Motor Credit Corp., secured Creditor (NOA filed)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>    (as authorized by the court *) |
| Donald B. Veix, Jr., Esq.<br>The Harty Law Group<br>325 Chestnut Street, Suite 1116<br>Philadelphia, PA 19106 | *Attorneys for the Estate of Renee Halpecka and Estate of Andrea Price and Brenda Hedrick (NOAs filed)* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>    (as authorized by the court *) |

4843-4532-7799, v. 1