UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANTHONY SCORDO, ESQ., P.C.
Atty ID 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors

In Re:

   WALSH, JOHN MICHAEL, and WALSH, ROSEMARY JOANNE

Case No.: 19-13567

Chapter: 7

Adv. No.: _____

Hearing Date: 4/21/2020

Judge: KCF

## CERTIFICATION OF SERVICE

1. I, _____Annie Lucin_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Anthony Scordo_____, who represents __debtors John & Rosemary Walsh__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____March 24, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    DEBTORS' MOTION TO RECONSIDER ORDER OF MARCH 5, 2020 IMPOSSING SANCTIONS, COMPELLING PRODUCTION OF LLC DOCUMENTS AND QUASHING RULE 2004 ORDER SUBPOENA AND VACATING ORDER STRIKING THE DEBTORS' 11 U.S.C. § 522(b)(3) EXEMPTIONS AND PERMITING AMENDMENT OF SCHEDULE C AND ASSERTING EXEMPTIONS AS SET FORTH IN AMENDED

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/26/2020

s/Annie Lucin
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, New Jersey 08611 | Attorneys for Thomas J. Orr, Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, New Jersey 08016 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher J. Balala, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068 | Attorneys for Chicago Title Insurance Company and Fidelity National Title Insurance Company, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald B. Veix, Jr., Esq.<br>The Harty Law Group<br>325 Chestnut Street, Suite 1116<br>Philadelphia, PA 19106 | Attorneys for the Estate of Renee Halpecka and Estate of Andrea Price and Brenda Hedrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for Toyota Motor Credit Corp., secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*