UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McManimon, Scotland & Baumann, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
(609) 695-6071
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Thomas J. Orr, Chapter 7 Trustee*

Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>              Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7 |

### ORDER FURTHER EXTENDING TIME TO OBJECT TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order Further Extending Time to Object to Debtors' Discharge Pursuant to 11 U.S.C. § 727 |

---

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to further extend the time to object to the Debtors' discharge (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtors' discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including June 29, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 19-13567-KCF
John Michael Walsh                                            Chapter 7
Rosemary Joanne Walsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin        Page 1 of 1            Date Rcvd: Apr 01, 2020
                                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb          +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,
                 Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              Andrea  Dobin    on behalf of Attorney   McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
               NJ55@ecfcbis.com
              Andrea  Dobin   on behalf of Trustee Thomas   Orr adobin@msbnj.com
              Anthony  Scordo, III   on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony  Scordo, III   on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
              Anthony  Scordo, III   on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony  Scordo, III   on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
              Christopher J. Balala    on behalf of Creditor   Chicago Title Insurance Company
               christopher.balala@fnf.com,   Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff   Fidelity National Title Insurance Company
               christopher.balala@fnf.com,   Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Creditor   Fidelity National Title Insurance Company
               christopher.balala@fnf.com,   Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff   Chicago Title Insurance Company
               christopher.balala@fnf.com,   Sarina.Dzierzawiec@fnf.com
              Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michael A. Siravo, IV   on behalf of Trustee Thomas   Orr msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Michele M. Dudas   on behalf of Trustee Thomas   Orr mdudas@msbnj.com
              Thomas  Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,   Torr@ecf.axosfs.com
              Thomas  Orr    tom@torrlaw.com,   Torr@ecf.axosfs.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 23