UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Michael Walsh and Rosemary Joanne Walsh

| | |
|---|---|
| Case No.: | 19-13567 |
| Hearing Date: | 4/21/2020 |
| Judge: | Ferguson |
| Chapter: | 7 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER DENYING MOTION TO RECONSIDER COURT'S ORDER(I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEES REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLINGTURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion to reconsider having been filed on March 24, 2020 by the debtors for an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.