UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Michael Walsh and Rosemary Joanne Walsh

| | |
|---|---|
| Case No.: | 19-13567 |
| Hearing Date: | 4/21/2020 |
| Judge: | Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER DENYING MOTION TO RECONSIDER COURT'S ORDER(I) COMPELLING DEBTORS TO COMPLY WITH TRUSTEES REQUESTS FOR INFORMATION, INCLUDING OUTSTANDING REQUESTS OF RULE 2004 SUBPOENA; (II) COMPELLINGTURNOVER OF NON-EXEMPT ASSETS; (III) HOLDING DEBTORS IN CONTEMPT FOR FAILURE TO COMPLY WITH TERMS OF PRIOR ORDER ENTERED SEPTEMBER 12, 2019; AND (IV) GRANTING RELATED RELIEF**

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

  A motion to reconsider having been filed on March 24, 2020 by the debtors for an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

 ORDERED that the aforesaid motion is denied.

  The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13567-KCF
John Michael Walsh                                                  Chapter 7
Rosemary Joanne Walsh
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin           Page 1 of 1           Date Rcvd: Apr 22, 2020
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
db/jdb        +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,
               Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
      Andrea   Dobin     on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com
      Andrea   Dobin     on behalf of Trustee Thomas   Orr adobin@msbnj.com
      Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
      Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
      Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com
      Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com, msiravo@trenklawfirm.com
      Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com
      Thomas   Orr     on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
      Thomas   Orr     tom@torrlaw.com, Torr@ecf.axosfs.com
      Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com
      Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 23