| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | **Order Filed on July 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                     Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7 |

**ORDER FURTHER EXTENDING TIME TO OBJECT TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND FOR SANCTIONS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 7, 2020**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: John Michael Walsh and Rosemary Joanne Walsh
Case No.: 19-13567 (KCF)
Caption of Order: Order Further Extending Time to Object to Debtors' Discharge Pursuant to 11 U.S.C. § 727 and for Sanctions

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to further extend the time to object to the Debtors' discharge and for sanctions (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and the Court finding that the Debtors have not complied with this Court's Order of March 5, 2020, including the payment of sanctions to the Trustee; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtors' discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including October 31, 2020.

**IT IS ORDERED** that the Trustee is awarded additional attorneys' fees of $1,000 for the cost of the attempts to obtain the information and for the costs associated with filing this Motion. Said fee must be paid by check made payable to "Thomas J. Orr, Chapter 7 Trustee" by the Debtors within ten (10) days of the date hereof.

**IT IS ORDERED** that the Debtors' will be sanctioned $100 per day that they remain in violation of this Court's Order of March 5, 2020, payable to the Trustee.