|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Thomas J. Orr, Chapter 7 Trustee* | Order Filed on July 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                     Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, Chief U.S.B.J.<br><br>Chapter 7 |

**ORDER FURTHER EXTENDING TIME TO OBJECT TO DEBTORS' DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND FOR SANCTIONS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 7, 2020**

                                                        Honorable Kathryn C. Ferguson
                                                        United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Caption of Order: | Order Further Extending Time to Object to Debtors' Discharge Pursuant to 11 U.S.C. § 727 and for Sanctions |

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors (the "Debtors"), by and through his counsel, upon the filing of a Motion to further extend the time to object to the Debtors' discharge and for sanctions (the "Motion"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and oral argument, if any; and the Court finding that the Debtors have not complied with this Court's Order of March 5, 2020, including the payment of sanctions to the Trustee; and good and sufficient cause existing for the granting of the relief as set forth herein,

**IT IS ORDERED** that the time period for the Trustee and Office of United States Trustee to object to the Debtors' discharge pursuant to Fed. R. Bankr. P. 4004(a) will be extended to through and including October 31, 2020.

**IT IS ORDERED** that the Trustee is awarded additional attorneys' fees of $1,000 for the cost of the attempts to obtain the information and for the costs associated with filing this Motion. Said fee must be paid by check made payable to "Thomas J. Orr, Chapter 7 Trustee" by the Debtors within ten (10) days of the date hereof.

**IT IS ORDERED** that the Debtors' will be sanctioned $100 per day that they remain in violation of this Court's Order of March 5, 2020, payable to the Trustee.

4835-7481-4144, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 07, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db/jdb      +John Michael Walsh,    Rosemary Joanne Walsh,    299 Medford Lakes Rd.,    Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
         Andrea Dobin    on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
         Andrea Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com  
         Anthony Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com  
         Anthony Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com  
         Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company christopher.balala@fnf.com, Sarina.Dzierzawiec@fnf.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Thomas   Orr msiravo@msbnj.com, msiravo@trenklawfirm.com  
         Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@msbnj.com  
         Thomas Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com, kharty@hartylawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 23