UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANTHONY SCORDO, ESQ., P.C.
Atty ID 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors

In Re:

WALSH, JOHN MICHAEL, and WALSH, ROSEMARY JOANNE

Case No.: 19-13567
Chapter: 7
Adv. No.: 
Hearing Date: 8/11/2020
Judge: KCF

## CERTIFICATION OF SERVICE

1. I, _____Annie Lucin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Anthony Scordo_____, who represents _____debtors_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____July 13, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   DEBTORS' MOTION TO RECONSIDER ORDER OF JULY 7, 2020 IMPOSSING SANCTIONS AND EXTENDING TIME TO OBJECT TO DEBTORS′ DISCHARGE PURSUANT TO 11 U.S.C. § 727

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/14/2020

s/Annie Lucin
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, New Jersey 08611 | Counsel for Thomas J. Orr, Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, New Jersey 08016 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher J. Balala, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068 | Counel for Chicago Title Insurance Company and Fidelity National Title Insurance Company, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald B. Veix, Jr., Esq.<br>The Harty Law Group<br>325 Chestnut Street, Suite 1116<br>Philadelphia, PA 19106 | Counsel for Estate of Halpecka and Estate of Price and Hendrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Counsel for Toyota Motor Credit Corp., secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*