ANTHONY SCORDO, ESQ., P.C.
Atty ID 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors

| | | |
|---|---|---|
| | : | **IN THE UNITED STATES BANKRUPTCY** |
| **In Re:** | : | **COURT FOR THE DISTRICT OF** |
| | : | **NEW JERSEY** |
| | : | |
| **WALSH, JOHN MICHAEL** | : | **Chapter 7** |
| **and WALSH, ROSEMARY** | : | |
| **JOANNE** | : | **Case No.: 19-13567** |
| | : | |
| | : | **Returnable: August 11, 2020** |
| | : | **10:00 A.M.** |
| : | | |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is

necessary in the court's consideration of this motion, as it does not involve complex issues of

law.

Dated: July 13, 2020

                                                    _s/Anthony Scordo_____
                                                     Anthony Scordo