**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 12, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

John Michael Walsh
Rosemary Joanne Walsh

| | |
|---|---|
| Case No.: | 19-13567 |
| Hearing Date: | August 11, 2020 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7FO |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## FOR RECONSIDERATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____July 13_____, 20 20  by  Anthony Scordo _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-13567-KCF
John Michael Walsh                                                      Chapter 7
Rosemary Joanne Walsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Aug 12, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
db/jdb         +John Michael Walsh,   Rosemary Joanne Walsh,   299 Medford Lakes Rd.,
                Vincentown, NJ 08088-9083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:
              Andrea   Dobin     on behalf of Attorney    McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com,
               NJ55@ecfcbis.com
              Andrea   Dobin     on behalf of Trustee Thomas    Orr adobin@msbnj.com
              Anthony   Scordo, III    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com
              Anthony   Scordo, III    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com
              Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Creditor    Fidelity National Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Christopher J. Balala    on behalf of Plaintiff    Chicago Title Insurance Company
               christopher.balala@fnf.com,    Sarina.Dzierzawiec@fnf.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael A. Siravo, IV    on behalf of Trustee Thomas    Orr msiravo@msbnj.com,
               msiravo@trenklawfirm.com
              Michele M. Dudas    on behalf of Trustee Thomas    Orr mdudas@msbnj.com
              Thomas   Orr     on behalf of Trustee Thomas    Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr     tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Plaintiff Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Brenda   Hedrick tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Renee   Halpecka tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              Thomas Scott Harty    on behalf of Creditor Estate of Andrea   Price tharty@hartylawgroup.com,
               kharty@hartylawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 23