UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANTHONY SCORDO, ESQ., P.C.
Atty ID 024591987
1425 POMPTON AVENUE, SUITE 2-2
CEDAR GROVE, NJ 07009
(973) 837-1861
Attorney for Debtors

In Re:

WALSH, JOHN MICHAEL, and WALSH, ROSEMARY JOANNE

Case No.:        19-13567

Chapter:         7

Adv. No.:        _____

Hearing Date:    3/2/2021

Judge:           KCF

## CERTIFICATION OF SERVICE

1. I, Annie Lucin

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Anthony Scordo, who represents debtors John & Rosemary Walsh in this matter

   ☐ am the _____ in this case and am representing myself.

2. On February 4, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **DEBTORS' MOTION SEEKING RECUSAL OF U. S. BANKRUPTCY JUDGE ASSIGNED TO CASE**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    February 4, 2021                                     s/Annie Lucin

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, New Jersey 08611 | Attorneys for Thomas J. Orr, Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, New Jersey 08016 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher J. Balala, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068 | Attorneys for Chicago Title Insurance Company and Fidelity National Title Insurance Company, Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald B. Veix, Jr., Esq.<br>The Harty Law Group<br>325 Chestnut Street, Suite 1116<br>Philadelphia, PA 19106 | Attorneys for the Estate of Renee Halpecka and Estate of Andrea Price and Brenda Hedrick | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for Toyota Motor Credit Corp., secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |