UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>JOHN MICHAEL WALSH and<br>ROSEMARY JOANNE WALSH, | Case No.: 19-13567 (KCF)<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

## NOTICE OF PROPOSED PRIVATE SALE

Thomas J. Orr, Chapter 7 Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 25, 2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State St., Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Debtors' jointly own real property located at 40 St. Andrews Drive, Pinehurst, North Carolina 28374

Proposed Purchaser:  David Strickler and Elena Strickler

Sale price:  $60,000, subject to higher and better offers.  Offers must be received by May 18, 2021, and, if necessary, auction will be conducted on hearing date.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Keller Williams Realty |
| Amount to be paid: | 10% of purchase price ($6,000 based on current offer) |
| Services rendered: | The professional listed the Property for sale, arranged for the Property to be shown, assisted in the presentation of Contract for Sale and negotiations regarding same, and will assist in the consummation of the sale of the Property to the extent it is approved by the Court. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Michele M. Dudas, Esq., McManimon, Scotland & Baumann, LLC

Address: 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068

Telephone No.: (973) 622-1800

*rev.8/1/15*

2