|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* |

| | |
|---|---|
| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>                                Debtor. | Chapter 7<br><br>Case No. 19-13567 (KCF) |

## CERTIFICATION OF SERVICE

1. I, Lisa DiPaolo:

    ☐ represent the Debtor in the above-captioned matter.

    ☑ am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys for Thomas J. Orr, Chapter 7 Trustee ("Trustee").

    ☐ am the _____ in the above case and am representing myself.

2. On April 23, 2021, I sent a copy of the following documents to the parties listed on the annexed chart:

    a) Trustee's Notice of Motion for an Order Authorizing Sale of Real Property Located at 40 St. Andrews Drive, Pinehurst, North Carolina, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief (the "Motion");

    b) Certification of Trustee in Support of Motion;

    c) Proposed form of Order; and

    d) Notice of Proposed Private Sale.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated on the attached list.

Dated: April 26, 2021                                    */s/ Lisa DiPaolo*
                                                                               LISA DiPAOLO

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| John Michael Walsh<br>Rosemary Joanne Walsh<br>299 Medford Lakes Road<br>Vincentown, NJ 08088 | *Debtors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Anthony Scordo, III, Esq.<br>1425 Pompton Avenue, Ste. 2-2<br>Cedar Grove, NJ 07009 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Christopher J. Balala, Esq.<br>Fidelity National Law Group<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068 | *Attorneys for Chicago Title Insurance Company and Fidelity National Title Insurance Company, Creditors (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Amerihome<br>PO Box 77404<br>Trenton, New Jersey 08628 | *Secured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Ener Bank USA<br>1245 Brickyard, Suite 600<br>Salt Lake City, Utah 84106 | *Secured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Hyundai Finance<br>PO Box 65805<br>Dallas, TX 75265 | *Secured Creditor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Kevin G. McDonald, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | *Attorneys for Toyota Motor Credit Corp. Secured Creditor (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |
| Donald B. Veix, Jr., Esq.<br>The Harty Law Group<br>325 Chestnut Street, Suite 1116<br>Philadelphia, PA 19106 | *Attorneys for the Estate of Renee Halpecka and Estate of Andrea Price and Brenda Hedrick (NOAs filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>(as authorized by the court *) |

4812-7634-5831, v. 1

| **Name and Address of Party Served** | **Relationship of Party to Case** | **Mode of Service** |
|---|---|---|
| James P. McNames, Esq.<br>Waldrep, Wall, Babcock & Bailey, PLLC<br>1076 W. Fourth Street<br>Winston-Salem, NC 27101 | *Special Counsel to Trustee* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>     (as authorized by the court *) |
| H. Craig Phifer, III, Esq.<br>Clarke, Phifer, Vaughn, Brenner & McNeill, PLLC<br>135 Applecross Road<br>Pinehurst, NC 28374 | *Attorneys for David and Elena Strickler, Proposed Purchasers* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>     (as authorized by the court *) |
| Shannon Stites<br>Keller Williams Pinehurst<br>4347 NC Highway 211<br>West End, NC 27376 | *Real Estate Broker* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other :<br>     (as authorized by the court *) |

4812-7634-5831, v. 1