**MS&B**  McMANIMON • SCOTLAND • BAUMANN

427 Riverview Plaza, Trenton, NJ 08611  (609) 695-6070

**Andrea Dobin**
Partner
Direct 973-323-8667
adobin@msbnj.com

F: 973-712-1453

66905-9

May 17, 2021

**VIA CM/ECF**

Hon. Kathryn C. Ferguson
United States Bankruptcy Court
Trenton, NJ  08608

      RE:    In re Walsh, John and Rosemary, Case No. 19-13567(KCF)
               Motion of Trustee to Sell Real Property in Pinehurst, North Carolina
               Hearing:  May 25, 2021, 10am

Dear Judge Ferguson,

    This firm represents Thomas J. Orr, the Chapter 7 Trustee in the above-referenced matter. We are writing to advise the Court that the Trustee has received a higher offer for the Estate's interest in the real estate located at 40 St. Andrews Drive, Pinehurst, North Carolina.

    The buyer is located out-of-state and has not retained New Jersey counsel so the Trustee is now advising the Court of the need for a hearing on the return date of this Motion.  If and to the extent that an auction will need to be conducted, we will notify the Court closer to the return date.

                                  Respectfully,

                                  */s/ Andrea Dobin*
                                  Andrea Dobin

AD/to