| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>Michele M. Dudas, Esq. (mdudas@msbnj.com)<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | Order Filed on May 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>            Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date and Time:**<br>**May 25, 2021, at 10:00 a.m.** |

**ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 40 ST. ANDREWS DRIVE, PINEHURST, NORTH CAROLINA, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF**

*Revised as of May 25, 2021*

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**

**DATED: May 26, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No. | 19-13567 (KCF) |
| Caption of Order: | Order Authorizing Sale of Real Property Located at 40 St. Andrews Drive, Pinehurst, North Carolina, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief |

**THIS MATTER,** having been presented to the Court by Thomas J. Orr, the Chapter 7 Trustee (the "Trustee") for John Michael Walsh and Rosemary Joanne Walsh, Chapter 7 debtors ("Debtors"), by and through his counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Authorizing Sale and Granting Related Relief (the "Motion") relating to the Trustee's proposed sale of the Estate's interest in the real property located 40 St. Andrews Drive, Pinehurst, North Carolina (the "Property"); and due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and the Court having presided over an auction on the return date of the Motion; and good and sufficient cause existing for the granting of the relief as set forth herein,

THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:

A.     Full and adequate notice of the Motion has been afforded to all interested parties.

B.     The offer made by Pear Tree Properties, L.L.C. (the "Buyer") in the amount of seventy-seven thousand ($77,000.00) dollars is the highest and best offer received for the Property and the sale price for the Property constitutes full and adequate consideration and reasonably equivalent value for the Property.

C.     The transaction being proposed by the Trustee was negotiated at arm's length and in good faith.

Debtors: John Michael Walsh and Rosemary Joanne Walsh
Case No. 19-13567 (KCF)
Caption of Order: Order Authorizing Sale of Real Property Located at 40 St. Andrews Drive, Pinehurst, North Carolina, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

D.   The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Property is entitled to all of the protections afforded thereby. The Buyer is acting and shall act in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Trustee's right, title, and interest in the Property to Buyer pursuant to the terms and conditions set forth in the Contract for Sale presented to the Court and related Addendum is hereby approved. The record and transcript of the hearing and all findings and determinations of this Court are hereby incorporated herein.

3. In the event that the Buyer is unable and/or unwilling to consummate the transaction as set forth herein (following an appropriate notice and opportunity to cure), the Trustee is authorized to sell the Property to David and Elena Strickler for the sum of seventy-three thousand dollars ($73,000).

4. The Trustee is hereby authorized to execute such necessary and appropriate documents in order to effectuate the aforesaid sales.

5. The Property is specifically being sold free and clear of any liens or encumbrances, with valid liens, if any, attaching to the proceeds of sale pursuant to 11 U.S.C. § 363(f).

Debtors: John Michael Walsh and Rosemary Joanne Walsh
Case No. 19-13567 (KCF)
Caption of Order: Order Authorizing Sale of Real Property Located at 40 St. Andrews Drive, Pinehurst, North Carolina, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

6. In addition to payment of valid liens and other standard closing costs as disclosed in the Certification of Trustee in support of the Motion, the Trustee is specifically authorized to make payment to the Broker (as defined in the Certification of Trustee submitted herewith) at closing for the real estate commission in an amount equal to ten percent (10%) of the contract sale price, as well as the flat fee for services of Special Counsel (as defined in the Certification of the Trustee).

7. The Trustee is authorized to execute closing documents for the Property.

8. The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.

9. The stay provisions under Fed. R. Bankr. P. 6004(h) be and hereby are waived and, therefore, not applicable to this sale.

4847-2999-3451, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Michael Walsh, Rosemary Joanne Walsh, 299 Medford Lakes Rd., Vincentown, NJ 08088-9083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Anthony Scordo, III | on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant John Michael Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Debtor John Michael Walsh anthonyscordo@msn.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Christopher J. Balala
    on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com

Michele M. Dudas
    on behalf of Trustee Thomas Orr mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Scott Harty
    on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 24