UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Chapter 7 Trustee

In Re:

John Michael Walsh and
Rosemary Joanne Walsh.

Debtors.

Case No. 19-13567

Judge: Kathryn C. Ferguson

**REPORT OF SALE PURSUANT TO RULE 6004(f)(1)**

Thomas J. Orr certifies as follows:

1. I am the Chapter 7 Trustee. On May 26, 2021, an order was entered approving sale. The sale was completed on June 11, 2021.

2. An itemized statement of the property sold: real estate at 40 St. Andrews Drive, Pinehurst, NC 28374.

3. The name of each purchaser: Pear Tree Properties, LLC

4. The price received for each item or lot or for the property as a whole if sold in bulk: $77,000

5. I certify that the statements made by me above are true. I am aware that if they are willfully false, I am subject to punishment.

/s/Thomas J. Orr
Chapter 7 Trustee

Dated: June 14, 2021