Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13567−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Michael Walsh                       Rosemary Joanne Walsh
   299 Medford Lakes Rd.                299 Medford Lakes Rd.
   Vincentown, NJ 08088               Vincentown, NJ 08088

Social Security No.:
   xxx−xx−3763                                   xxx−xx−2178

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on June 23, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 151 − 148
Order Granting Application to Employ Professional Sharer Petree Brotz & Snyder as Accountants for Chapter 7 Trustee (Related Doc # 148). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/23/2021. (bwj)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 23, 2021
JAN: bwj

                                                                                                                                                Jeanne Naughton
                                                                                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 19-13567-KCF

John Michael Walsh                                                                                                      Chapter 7

Rosemary Joanne Walsh

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                Page 1 of 2

Date Rcvd: Jun 23, 2021                Form ID: orderntc                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

**Recip ID             Recipient Name and Address**
acc                      +   Sharer, Petree, Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021                         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

**Name                        Email Address**

Andrea Dobin
                               on behalf of Attorney McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com  NJ55@ecfcbis.com

Andrea Dobin
                               on behalf of Trustee Thomas Orr adobin@msbnj.com

Anthony Scordo, III
                               on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com

Anthony Scordo, III
                               on behalf of Defendant John Michael Walsh anthonyscordo@msn.com

Anthony Scordo, III
                               on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com

Anthony Scordo, III
                               on behalf of Debtor John Michael Walsh anthonyscordo@msn.com

Case 19-13567-KCF    Doc 152    Filed 06/25/21    Entered 06/26/21 00:17:06    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: orderntc | Total Noticed: 1 |

| | |
|---|---|
| Christopher J. Balala | on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michele M. Dudas | on behalf of Trustee Thomas Orr mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 24