**MCMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
**Andrea Dobin (adobin@msbnj.com)**
**Michele M. Dudas, Esq. (mdudas@msbnj.com)**
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

Order Filed on June 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>        Debtors. | Case No. 19-13567 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |
|---|---|

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF
### SHARER PETREE BROTZ & SNYDER AS ACCOUNTANT FOR TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 23, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | John Michael Walsh and Rosemary Joanne Walsh |
| Case No.: | 19-13567 (KCF) |
| Applicant: | Thomas J. Orr |

&boxtimes; Trustee:  &boxtimes; Chap. 7   ☐ Chap. 11

☐ Debtor:  ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: Sharer Petree Brotz & Snyder

Address: 1103 Laurel Oak Road
Suite 105B
Voorhees, NJ 08043

☐ Attorney for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

&boxtimes; Accountant for:

&boxtimes; Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Thomas J. Orr, Chapter 7 Trustee, is authorized to retain the professional, Sharer Petree Brotz & Snyder, to act as accountant for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-13567-KCF
John Michael Walsh                                                                              Chapter 7
Rosemary Joanne Walsh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 23, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + John Michael Walsh, Rosemary Joanne Walsh, 299 Medford Lakes Rd., Vincentown, NJ 08088-9083

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

**Name**          **Email Address**

Andrea Dobin
    on behalf of Attorney McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com  NJ55@ecfcbis.com

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com

Anthony Scordo, III
    on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com

Anthony Scordo, III
    on behalf of Defendant John Michael Walsh anthonyscordo@msn.com

Anthony Scordo, III
    on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com

Anthony Scordo, III
    on behalf of Debtor John Michael Walsh anthonyscordo@msn.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Christopher J. Balala
    on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com

Christopher J. Balala
    on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Michele M. Dudas
    on behalf of Trustee Thomas Orr mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Scott Harty
    on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com  kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com  kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com  kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com  kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com  kharty@hartylawgroup.com

Thomas Scott Harty
    on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com  kharty@hartylawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 24