# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  

Debtor(s)

Case no.:     19-13567  
Chapter:     7  
Judge:     Ferguson

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):  
Real Estate at 299 Medford Lakes Rd., Vincentown, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/15/2021      By: Gary A. Nau

*rev.2/10/17*