

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on August 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**WALSH, JOHN & ROSEMARY** | Case No.: **19-13567\KCF**<br><br>Chapter 7<br><br>Hearing Date: **08/05/21 @ 2:00pm**<br><br>Judge: KCF |

## ORDER AWARDING FINAL COMPENSATION AND EXPENSES
## FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: August 6, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:   **WALSH, JOHN & ROSEMARY**

Case No.:   19-13567\KCF

Caption of Order: Order Approving Final Compensation for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $2,577.50 |
| EXPENSES | $   14.65 |
| TOTAL: | $2,592.15 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13567-KCF |
| John Michael Walsh | Chapter 7 |
| Rosemary Joanne Walsh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Michael Walsh, Rosemary Joanne Walsh, 299 Medford Lakes Rd., Vincentown, NJ 08088-9083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC ecftrusteead@msbnj.com  NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Anthony Scordo, III | on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant John Michael Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | |

Case 19-13567-KCF    Doc 158    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor John Michael Walsh anthonyscordo@msn.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree, Brotz & Snyder CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Christopher J. Balala | on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michele M. Dudas | on behalf of Trustee Thomas Orr mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 25