

MS&B  McMANIMON · SCOTLAND · BAUMANN                    427 Riverview Plaza, Trenton, NJ 08611  (609) 695-6070

Andrea Dobin, Esq.
Partner
Direct: 973-323-8667
fax: 973-712-1453
adobin@msbnj.com

66905.009

November 16, 2021

Honorable Kathryn C. Ferguson
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

Re:    John Michael Walsh and Rosemary Joanne Walsh
       Case No. 19-13567(KCF)

Dear Judge Ferguson:

Please withdrawal ECF Document Number 160, Fee Application for McManimon, Scotland and Baumann, LLC, which was filed on November 15, 2021.

Very truly yours,

Andrea Dobin

AD/to

McManimon, Scotland & Baumann, LLC
Newark · Roseland · Trenton