Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13567−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Michael Walsh | Rosemary Joanne Walsh |
| 299 Medford Lakes Rd. | 299 Medford Lakes Rd. |
| Vincentown, NJ 08088 | Vincentown, NJ 08088 |

Social Security No.:
  xxx−xx−3763                              xxx−xx−2178

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       12/15/21
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann LLC, Trustee's Attorney

COMMISSION OR FEES
FEES $70,383.00

EXPENSES
$2,521.10

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 17, 2021
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 17, 2021      Form ID: 137      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Michael Walsh, Rosemary Joanne Walsh, 299 Medford Lakes Rd., Vincentown, NJ 08088-9083 |
| aty | + | McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty, 195 Short Street, Southern Pines, NC 28387-6242 |
| acc | + | Sharer, Petree, Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| sp | #+ | Waldrep, Wall, Babcock & Bailey, PLLC, 1076 W. Fourth Street, Winston-Salem, NC 27101-2440 |
| 518042071 | + | Amerihome, po box 77404, Trenton, NJ 08628-6404 |
| 518042072 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, po box 15019, Wilmington, DE 19886 |
| 518397970 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518042073 | + | Barclays, po box 13337, Philadelphia, PA 19101-3337 |
| 518416227 | + | Brenda Hedrick, 302 Joan Court, Beaufort, North Carolina 28516-7231 |
| 518418500 | + | Brenda Hedrick, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518307458 | + | Chicago Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| 518042075 | + | Ener Bank USA, 1245 Brickyard, Suite 600, Salt Lake City, UT 84106-2562 |
| 518418502 | + | Estate of Andrea Price, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518416224 | + | Estate of Andrea Price, 13 Fox Sparrow Turn, Tabernacle New Jersey 08088-9010 |
| 518042076 | + | Estate of Renee Halpecka, c/o/ Suzanne Kourlesis Esq., 212 W. Route 38, Moorestown, NJ 08057-3238 |
| 518418515 | + | Estate of Renee Halpecka, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518307615 | + | Fidelity National Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| 518286207 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 518042077 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial, po box 5855, Carol Stream, IL 60197 |
| 518475366 | + | Toyota of Glendale, 1260 South Brand Blvd, Glendale AZ 91204-2615 |
| 518042078 | + | american educatiuon services, payment center, Harrisburg, PA 17130-0001 |
| 518042079 | | hyundai finan ce, po box 65805, Dallas, TX 7526 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2021 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2021 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518042073 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2021 20:42:00 | Barclays, po box 13337, Philadelphia, PA 19101-3337 |
| 518042074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-13567-KCF    Doc 165    Filed 11/19/21    Entered 11/20/21 00:14:24    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: 137 | Total Noticed: 26 |

| 518042078 | + Email/Text: bncnotifications@pheaa.org | Nov 17 2021 20:47:02 | Citi, po box 6704, Sioux Falls, SD 57117-6704 |
|---|---|---|---|
| | | Nov 17 2021 20:42:00 | american educatiuon services, payment center, Harrisburg, PA 17130-0001 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Chicago Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| cr | *+ | Fidelity National Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| aty | ##+ | Donald Veix, Harty Law Group, 325 Chestnut Street Suite 1116, Philadelphia, PA 19106, UNITED STATES 19106-2611 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com |
| Anthony Scordo, III | on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Debtor John Michael Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant John Michael Walsh anthonyscordo@msn.com |
| Barry R. Sharer | on behalf of Accountant Sharer  Petree, Brotz & Snyder CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Christopher J. Balala | on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | |

Case 19-13567-KCF    Doc 165    Filed 11/19/21    Entered 11/20/21 00:14:24    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2021 | Form ID: 137 | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com  Sarina.Dzierzawiec@fnf.com |
| Denise E. Carlon | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | |
| | on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Michele M. Dudas | |
| | on behalf of Trustee Thomas Orr mdudas@msbnj.com |
| Michele M. Dudas | |
| | on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com |
| Thomas Orr | |
| | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | |
| | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Scott Harty | |
| | on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| Thomas Scott Harty | |
| | on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| Thomas Scott Harty | |
| | on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| Thomas Scott Harty | |
| | on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| Thomas Scott Harty | |
| | on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| Thomas Scott Harty | |
| | on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com  kharty@hartylawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 26