Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−13567−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Michael Walsh
299 Medford Lakes Rd.
Vincentown, NJ 08088

Rosemary Joanne Walsh
299 Medford Lakes Rd.
Vincentown, NJ 08088

Social Security No.:
  xxx−xx−3763                                          xxx−xx−2178

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:       January 26, 2023
TIME:       02:30 PM
LOCATION:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $79,407.99
TOTAL DISBURSEMENTS:     $10,740.31
BALANCE ON HAND:         $68,667.68

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Thomas Orr, Trustee

COMMISSION OR FEES
$7,220.40

EXPENSES
$122.17

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: December 16, 2022
JAN: mjb

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Michael Walsh  
Rosemary Joanne Walsh  
    Debtors

Case No. 19-13567-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: 192 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Michael Walsh, Rosemary Joanne Walsh, 299 Medford Lakes Rd., Vincentown, NJ 08088-9083 |
| aty | + | McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty, 195 Short Street, Southern Pines, NC 28387-6242 |
| acc | + | Sharer, Petree, Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518416227 | + | Brenda Hedrick, 302 Joan Court, Beaufort, North Carolina 28516-7231 |
| 518418500 | + | Brenda Hedrick, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518307458 | #+ | Chicago Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| 518418502 | + | Estate of Andrea Price, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518416224 | + | Estate of Andrea Price, 13 Fox Sparrow Turn, Tabernacle New Jersey 08088-9010 |
| 518042076 | + | Estate of Renee Halpecka, c/o/ Suzanne Kourlesis Esq., 212 W. Route 38, Moorestown, NJ 08057-3238 |
| 518418515 | + | Estate of Renee Halpecka, c/o Donald B. Veix, Jr., Esq., 325 Chestnut Street, Suite 1116, Philadelphia, PA 19106-2611 |
| 518307615 | #+ | Fidelity National Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| 518475366 | + | Toyota of Glendale, 1260 South Brand Blvd, Glendale AZ 91204-2615 |
| 518042079 | | hyundai finan ce, po box 65805, Dallas, TX 7526 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518042071 | ^ | MEBN | Dec 16 2022 20:30:29 | Amerihome, po box 77404, Trenton, NJ 08628-6404 |
| 518042072 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 20:31:00 | Bank of America, po box 15019, Wilmington, DE 19886 |
| 518397970 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 16 2022 20:31:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518042073 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 16 2022 20:31:00 | Barclays, po box 13337, Philadelphia, PA 19101-3337 |
| 518042074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 20:44:22 | Citi, po box 6704, Sioux Falls, SD 57117-6704 |
| 518042075 | + | Email/Text: bbagley@enerbankusa.com | Dec 16 2022 20:31:00 | Ener Bank USA, 1245 Brickyard, Suite 600, Salt Lake City, UT 84106-2562 |

Case 19-13567-KCF    Doc 171    Filed 12/18/22    Entered 12/19/22 00:14:35    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: 192 | Total Noticed: 25 |

| 518286207 | + Email/Text: bncnotifications@pheaa.org | Dec 16 2022 20:31:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
|---|---|---|---|
| 518042077 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 16 2022 20:31:00 | Toyota Financial, po box 5855, Carol Stream, IL 60197 |
| 518042078 | + Email/Text: bncnotifications@pheaa.org | Dec 16 2022 20:31:00 | american educatiuon services, payment center, Harrisburg, PA 17130-0001 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Chicago Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| cr | *+ | Fidelity National Title Insurance Company, 105 Eisenhower Parkway, Suite 103, Roseland, NJ 07068-1640 |
| aty | ##+ | Donald Veix, Harty Law Group, 325 Chestnut Street Suite 1116, Philadelphia, PA 19106, UNITED STATES 19106-2611 |
| sp | ##+ | Waldrep, Wall, Babcock & Bailey, PLLC, 1076 W. Fourth Street, Winston-Salem, NC 27101-2440 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2022     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com cgallo@msbnj.com |
| Anthony Scordo, III | on behalf of Defendant Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Debtor John Michael Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Joint Debtor Rosemary Joanne Walsh anthonyscordo@msn.com |
| Anthony Scordo, III | on behalf of Defendant John Michael Walsh anthonyscordo@msn.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree, Brotz & Snyder CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Christopher J. Balala | on behalf of Plaintiff Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 16, 2022 | Form ID: 192 | Total Noticed: 25 |

| | |
|---|---|
| Christopher J. Balala | on behalf of Creditor Chicago Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Plaintiff Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Christopher J. Balala | on behalf of Creditor Fidelity National Title Insurance Company christopher.balala@fnf.com Sarina.Dzierzawiec@fnf.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michele M. Dudas | on behalf of Trustee Thomas Orr mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Thomas J. Orr mdudas@msbnj.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Andrea Price tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Estate of Renee Halpecka tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Plaintiff Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| Thomas Scott Harty | on behalf of Creditor Brenda Hedrick tharty@hartylawgroup.com kharty@hartylawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 26